■ FIRST BAPTIST CHURCH OF OLEAN, Also Known as FIRST BAPTIST CHURCH, Respondent, v JOHN S. GREY et al., Respondents, and AMERICAN STATES INSURANCE COMPANY, Appellant, et

al., Defendants. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.